**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

No. 98-4145

LYNWOOD HERBERT JARELS, a/k/a
Lynwood Herbert Coleman,
Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Virginia, at Roanoke.
James P. Jones, District Judge.
(CR-97-55)

Submitted: January 29, 1999

Decided: April 1, 1999

Before WIDENER, NIEMEYER, and HAMILTON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

G. Steven Agee, OSTERHOUDT, FERGUSON, NATT, AHERON &
AGEE, P.C., Roanoke, Virginia, for Appellant. Robert P. Crouch, Jr.,
United States Attorney, Sharon Burnham, Assistant United States
Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Lynwood Herbert Jarels appeals from his convictions pursuant to his guilty plea for possession of cocaine and methamphetamine with intent to distribute and possession of a firearm with an obliterated serial number in violation of 21 U.S.C. § 841(b)(1)(C) (1994), and 18 U.S.C.A. § 924(a)(1)(B) (West 1994 & Supp. 1998). We affirm.

Jarels' attorney filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), raising as a potentially meritorious issue the district court's denial of Jarels' motion to withdraw his guilty plea. We have reviewed each of the allegations of error cited below and on appeal and conclude that the district court did not abuse its discretion in denying Jarels' motion. See United States v. Wilson, 81 F.3d 1300, 1305 (4th Cir. 1996) (providing standard).

Pursuant to Anders, this court has reviewed the record for potential error and has found none. Therefore, we affirm Jarels' conviction and sentence. This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2